IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONNA M. HILL, on behalf of Dwayne Hill, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 12-1697 |
| ) | |
| PENNSYLVANIA DEPARTMENT OF CORRECTIONS, et al., ) | |
| Defendants. ) | |

ORDER

AND NOW, this 18th day of December, 2012, after the plaintiff, Donna M. Hill, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the plaintiff a period of time after being served with a copy to file written objections thereto, upon consideration of the objections filed by the plaintiff and upon independent review of the complaint, and upon consideration of the Magistrate Judge's Report and Recommendation (ECF No. 3), which is adopted as the opinion of this Court,

IT IS ORDERED that that this case is dismissed for lack of standing.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure if the plaintiff desires to appeal from this Order she must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

/s/ Nora Barry Fischer
Nora Barry Fischer
United States District Judge

cc: Donna M. Hill
348 Country Club Road
Apt. 2
Washington, PA 15301-2712
(Regular & Certified Mail)